# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 10, 2026

Lyle W. Cayce
Clerk

No. 25-11350
Summary Calendar

United States of America,

*Plaintiff—Appellee,*

*versus*

Omar Villarreal,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:17-CR-64-1

Before King, Haynes, and Ho, *Circuit Judges.*

Per Curiam:[*]

Omar Villarreal appeals from the judgment of the district court revoking his term of supervised release and imposing seven months of imprisonment and an additional term of supervised release. For the first time on appeal, he argues that 18 U.S.C. § 3583(g) is unconstitutional in light of *United States v. Haymond*, 588 U.S. 634 (2019). He correctly concedes that

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-11350

his position is foreclosed.  *See United States v. Garner*, 969 F.3d 550, 551-53 (5th Cir. 2020).  Summary affirmance is therefore proper.  *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.